**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   In re Richard Moraw and James Perry, Trustees of the Scott Family Trust (Irrevocable)

Appellate case number:   01-20-00102-CV

Trial court case number:   102448-CV

Trial court:   149th District Court of Brazoria County

Relators have filed an emergency motion to stay the jury trial scheduled to begin February 3, 2020 pending resolution of their petition for writ of mandamus. The motion is **granted**. All proceedings in *In re: Scott Family Trust (Irrevocable)*, No. 102448-CV, in the 149th District Court of Brazoria County, Texas, are stayed. The stay is effective until disposition of relators' petition for writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                          Acting individually

Date:  January 31, 2020